**GRAHAM & PENMAN, LLP**
Jason W. Graham (GA Bar No. 304595)
Raegan M. King (GA Bar No. 812035)
2989 Piedmont Road, NE, Suite 200
Atlanta, Georgia 30305
Telephone: (404) 842-9380
Facsimile: (678) 904-3110
Email: jason@grahamandpenman.com
       raegan@grahamandpenman.com
* Pro hac vice

**JOHNSON & JOHNSON LLP**
Neville L. Johnson (SBN 66329)
Douglas L. Johnson (SBN 209216)
James T. Ryan (SBN 210515)
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com
       djohnson@jjllplaw.com
       jryan@jjllplaw.com

Attorneys for Plaintiff,
ALLYSON NICHOLE BURNETT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLYSON NICHOLE BURNETT<br><br>Plaintiff,<br><br>v.<br><br>ADAM YOUNG D/B/A OWL CITY, MATT THIESSEN, BRIAN LEE, UNIVERSAL MUSIC GROUP, INC., SONGS MUSIC PUBLISHING, LLC, CARLY RAE JEPSEN, SCHOOLBOY RECORDS, LLC, AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, BROADCAST MUSIC, INC., and SESAC, INC.<br><br>Defendants. | CASE NO. 2:12-cv-09203-DSF-VBK<br><br>**NOTICE OF LODGING [PROPOSED] CONSENT ORDER REGARDING DEPOSIT OF FUNDS**<br><br>Honorable Dale S. Fischer |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT, Plaintiff Allyson Nichole Burnett, by and through her attorneys, hereby lodges with the Court the attached [Proposed] Consent Order Regarding Deposit of Funds consented to by Plaintiff Allyson Nichole Burnett and by Defendant American Society of Composers, Authors and Publishers.

DATED: December 4, 2012

                Respectfully Submitted,

                GRAHAM & PENMAN, LLP

                By: /s/ Raegan M. King
                     Jason W. Graham
                     Raegan M. King
                     Attorneys for Plaintiff

                JOHNSON & JOHNSON LLP

                     Neville L. Johnson
                     Douglas L. Johnson
                     James T. Ryan
                     Local counsel for Plaintiff