UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLYSON NICHOLE BURNETT<br><br>Plaintiff,<br><br>v.<br><br>ADAM YOUNG D/B/A OWL CITY, MATT THIESSEN, BRIAN LEE, UNIVERSAL MUSIC GROUP, INC., SONGS MUSIC PUBLISHING, LLC, CARLY RAE JEPSEN, SCHOOLBOY RECORDS, LLC, AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, BROADCAST MUSIC, INC., and SESAC, INC.<br><br>Defendants. | CASE NO. 2:12-cv-09203-DSF-VBK<br><br>**[PROPOSED]**<br>**CONSENT ORDER REGARDING DEPOSIT OF FUNDS**<br><br><br><br>Honorable Dale S. Fischer |

## **CONSENT ORDER**

The Court hereby orders Defendant American Society of Composers, Authors and Publishers ("ASCAP") to deposit with the Clerk of this Court funds constituting royalties currently being held for the song "Good Time" (ASCAP Work Identification No. 884124494) by no later than ten (10) business days from the date of this Order. Thereafter, ASCAP will be dismissed from the case without prejudice and subject to its continuing obligation, pursuant to this Order, to deposit with the Clerk of this Court such additional funds constituting royalties for the song "Good Time" as would otherwise be payable to any of the Defendants pursuant to ASCAP's distribution rules and regulations until such time as the remaining parties shall otherwise direct, or the Court shall otherwise order. Plaintiff Allyson Nichole Burnett shall have sixty (60) days within which to request the reinstatement of ASCAP as a party defendant, upon a showing of good cause.

**IT IS SO ORDERED**

DATED: December ___, 2012

_____
The Honorable Dale S. Fischer
United States District Judge

Consented to by:

/s/ Lauren Gibbs_____
Lauren Gibbs
Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP
California Bar No. 251569
10250 Constellation Blvd.
19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 785-3508
Attorney for Defendant American Society of Composers, Authors and Publishers

Consented to and prepared by:

/s/ Raegan M. King_____
Jason W. Graham
Georgia Bar No. 304595
Raegan M. King
Georgia Bar No. 812035
Graham & Penman, LLP
2989 Piedmont Road, NE
Suite 200
Atlanta, Georgia 30305
Telephone: (404) 842-9380
Facsimile: (678) 904-3110
Attorneys for Plaintiff

Neville L. Johnson (SBN 66329)
Douglas L. Johnson (SBN 209216)

1  James T. Ryan (SBN 210515)
2  JOHNSON & JOHNSON LLP
   439 North Canon Drive, Suite 200
3  Beverly Hills, California 90210
4  Telephone:  (310) 975-1080
   Facsimile:   (310) 975-1095
5  Local Counsel for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28