CC:  FISCAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLYSON NICHOLE BURNETT<br><br>Plaintiff,<br><br>v.<br><br>ADAM YOUNG D/B/A OWL CITY, MATT THIESSEN, BRIAN LEE, UNIVERSAL MUSIC GROUP, INC., SONGS MUSIC PUBLISHING, LLC, CARLY RAE JEPSEN, SCHOOLBOY RECORDS, LLC, AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, BROADCAST MUSIC, INC., and SESAC, INC.<br><br>Defendants. | CASE NO. 2:12-cv-09203-DSF-VBK<br><br>**CONSENT ORDER REGARDING DEPOSIT OF FUNDS**<br><br><br>Honorable Dale S. Fischer |

### **CONSENT ORDER**

The Court hereby orders Defendant Broadcast Music, Inc. ("BMI") to deposit with the Clerk of this Court funds constituting royalties currently being held for the song "Good Time" (BMI Work No. 14225487) by no later than ten (10) business

1

days from the date of the next regularly scheduled distribution, currently set for January 11, 2013. Within five business days of the this Consent Order being approved and entered by the Court, plaintiff will file a request for dismissal as to BMI without prejudice and subject to its continuing obligation, pursuant to this Order, to deposit with the Clerk of this Court the funds set forth above, as well as all future funds constituting royalties for the song "Good Time" as would otherwise be payable to any of the Defendants pursuant to BMI's distribution rules and regulations until such time as the remaining parties shall otherwise direct, or the Court shall otherwise order.

**IT IS SO ORDERED**

DATED: 1/2/13

_____
The Honorable Dale S. Fischer
United States District Judge

Consented to by:

/s/ Ann Marie Mori
AnnMarie Mori
SBN 217835
TroyGould
1801 Century Park East
Suite 1600
Los Angeles, California 90067
Telephone: (310) 789-1204
Facsimile: (310) 789-1404
Attorney for Defendant Broadcast Music, Inc.

Consented to and prepared by:

1  /s/ Raegan M. King
2  Jason W. Graham
   Georgia Bar No. 304595
3  Raegan M. King
4  Georgia Bar No. 812035
   Graham & Penman, LLP
5  2989 Piedmont Road, NE
6  Suite 200
   Atlanta, Georgia 30305
7  Telephone: (404) 842-9380
8  Facsimile: (678) 904-3110
   Attorneys for Plaintiff
9
10 Neville L. Johnson (SBN 66329)
   Douglas L. Johnson (SBN 209216)
11 James T. Ryan (SBN 210515)
12 JOHNSON & JOHNSON LLP
   439 North Canon Drive, Suite 200
13 Beverly Hills, California 90210
14 Telephone:   (310) 975-1080
   Facsimile:    (310) 975-1095
15 Local Counsel for Plaintiff
16
17
18
19
20
21
22
23
24
25
26
27
28