**GRAHAM & PENMAN, LLP**
Jason W. Graham (GA Bar No. 304595)
Raegan M. King (GA Bar No. 812035)
2989 Piedmont Road, NE, Suite 200
Atlanta, Georgia 30305
Telephone:  (404) 842-9380
Facsimile:   (678) 904-3110
Email:       jason@grahamandpenman.com
             raegan@grahamandpenman.com
* Pro hac vice

**JOHNSON & JOHNSON LLP**
Neville L. Johnson (SBN 66329)
Douglas L. Johnson (SBN 209216)
James T. Ryan (SBN 210515)
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone:  (310) 975-1080
Facsimile:   (310) 975-1095
Email:       njohnson@jjllplaw.com
             djohnson@jjllplaw.com
             jryan@jjllplaw.com

Attorneys for Plaintiff,
ALLYSON NICHOLE BURNETT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLYSON NICHOLE BURNETT<br><br>            Plaintiff,<br><br> v.<br><br>ADAM YOUNG D/B/A OWL CITY, MATT THIESSEN, BRIAN LEE, UNIVERSAL MUSIC GROUP, INC., SONGS MUSIC PUBLISHING, LLC, CARLY RAE JEPSEN, SCHOOLBOY RECORDS, LLC, AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, BROADCAST MUSIC, INC., and SESAC, INC.<br><br>            Defendants. | CASE NO. 2:12-cv-09203-DSF-VBK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BROADCAST MUSIC, INC.**<br><br><br>Honorable Dale S. Fischer |

1
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BROADCAST MUSIC, INC.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, Plaintiff Allyson Nichole Burnett, by and through her attorneys, hereby voluntarily dismisses her Complaint against Defendant Broadcast Music, Inc. without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Defendant Broadcast Music, Inc. remains subject to this Court's Consent Order Regarding the Deposit of Funds, entered on January 2, 2013.

DATED: January 8, 2013

                               Respectfully Submitted,

                               GRAHAM & PENMAN, LLP

                               By: /s/ Raegan M. King
                                    Jason W. Graham
                                    Raegan M. King

                                    Attorneys for Plaintiff

                             JOHNSON & JOHNSON LLP

                                    Neville L. Johnson
                                    Douglas L. Johnson
                                    James T. Ryan

                                    Local counsel for Plaintiff

# **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the following parties in this matter with a copy of the foregoing via the Court's CM/ECF notification system to:

Peter J. Anderson
The Law Offices of Peter J. Anderson
100 Wilshire Boulevard
Suite 2010
Santa Monica, CA 90401
pja@pjanderson.com

Bradley J. Mullins
Mitchell Silberberg & Knupp LLP
12 East 49th Street, 30th Floor
New York, New York, 10017-1028
bym@msk.com

Lauren Gibbs
Fred D. Heather
Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
lgibbs@glaserweil.com
fheather@glaserweil.com

This is to certify that I have this day served all parties in this matter with a copy of the foregoing via first class mail to:

Scott Bauman
Universal Music Group, Inc. Vice President of Litigation
2220 Colorado Avenue
Santa Monica, CA 90404
Scott.Bauman@umusic.com

Jeffrey M. Movit
Mitchell Silberberg & Knupp, LLP
12 E. 49th St.
30th Floor
New York, NY 10017

AnnMarie Mori
TroyGould
1801 Century Park East
Suite 1600
Los Angeles, CA 90067
AMori@troygould.com

John C. Beiter
Shackelford, Zumwalt, & Hayes
1014 16th Avenue South
Nashville, TN 37212
jbeiter@shacklaw.net

Linda M. Burrow
Caldwell Leslie & Proctor, P.C.
725 S. Figueroa Street
Los Angeles, CA 90017
burrow@caldwell-leslie.com

[Signature on following page.]

DATED: January 8, 2013

Respectfully Submitted,

GRAHAM & PENMAN, LLP

By: /s/ Raegan M. King
    Jason W. Graham
    Raegan M. King

Attorneys for Plaintiff

JOHNSON & JOHNSON LLP

Neville L. Johnson
Douglas L. Johnson
James T. Ryan

Local counsel for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BROADCAST MUSIC, INC.