1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALLYSON NICHOLE BURNETT, | Case No. 2:12-CV-09203-DSF-VBK |
|---|---|
| Plaintiff, | **ORDER EXTENDING TIME TO FILE STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |
| v. | |
| ADAM YOUNG D/B/A OWL CITY, MATT THIESSEN, BRIAN LEE, UNIVERSAL MUSIC GROUP, INC., SONGS MUSIC PUBLISHING, LLC, CARLY RAE JEPSEN, SCHOOLBOY RECORDS, LLC, AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, BROADCAST MUSIC, INC., and SESAC, INC., | Assigned to the Honorable Dale S. Fischer |
| | Courtroom:   840 |
| | Present Deadline By Which To File Stipulation Regarding Selection Of Panel Mediator:  April 3, 2013 |
| | Proposed Deadline by Which To File Stipulation Regarding Selection Of Panel Mediator:  August 30, 2013 |
| Defendants. | Action Filed:  October 25, 2012 |

Mitchell Silberberg & Knupp LLP

**[PROPOSED] ORDER EXTENDING TIME TO FILE STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**

1   IT IS HEREBY ORDERED that the Plaintiff's time to file Form ADR-2,
2 Stipulation Regarding Selection Of Panel Mediator, is hereby extended from
3 April 3, 2013 to August 30, 2013.

5 DATED: April 4, 2013    _____
         Hon. Dale S. Fischer
6        United States District Judge