**GRAHAM & PENMAN, LLP**
Jason W. Graham (GA Bar No. 304595)
Raegan M. King (GA Bar No. 812035)
17 Executive Park Drive, Suite 115
Atlanta, Georgia 30329
Telephone:  (404) 842-9380
Facsimile:   (678) 904-3110
Email:         jason@grahamandpenman.com
                   raegan@grahamandpenman.com
\* Pro hac vice

**JOHNSON & JOHNSON, LLP**
Neville L. Johnson (SBN 66329)
Douglas L. Johnson (SBN 209216)
James T. Ryan (SBN 210515)
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone:  (310) 975-1080
Facsimile:   (310) 975-1095
Email:         njohnson@jjllplaw.com
                   djohnson@jjllplaw.com
                   jryan@jjllplaw.com

Attorneys for Plaintiff,
ALLYSON NICHOLE BURNETT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLYSON NICHOLE BURNETT | Case No. CV 12-09203 DSF (VBKx) |
| Plaintiff, | Hon. Dale S. Fischer |
| v. | **NOTICE OF ERRATA TO NOTICE AND ACKNOWLEDGEMENT OF SERVICE (DKT. 68)** |
| ADAM YOUNG D/B/A OWL CITY, MATT THIESSEN, BRIAN LEE, UNIVERSAL MUSIC GROUP, INC., SONGS MUSIC PUBLISHING, LLC, CARLY RAE JEPSEN, SCHOOLBOY RECORDS, LLC, AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, BROADCAST MUSIC, INC. and SESAC, INC. | Judge:  Hon. Dale S. Fischer |
| | Date Notice and Acknowledgement Filed: July 23, 2013 |
| Defendants. | |

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the NOTICE OF ACKNOWLEDGEMENT OF SERVICE AND WAIVER OF SERVICE OF SUMMONS AND COMPLAINT FOR DEFENDANT CARLY RAE JEPSEN was filed incorrectly by Plaintiff through the CM/ECF System as a Notice and Acknowledgement of Service.  Please disregard the previous filing, Docket 68.  The document shall be refiled correctly as a Waiver of Service, and the applicable sixty (60) day response period shall apply.

DATED: August 12, 2013          Respectfully submitted,

GRAHAM & PENMAN, LLP

By: /s/ Raegan M. King
JASON W. GRAHAM
RAEGAN M. KING
Attorney for Plaintiff
ALLYSON NICHOLE BURNETT

JOHNSON & JOHNSON LLP
Neville L. Johnson
Douglas L. Johnson
James T. Ryan

Local counsel for Plaintiff
ALLYSON NICHOLE BURNETT

-2-
NOTICE OF ERRATA

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the following parties in this matter with a copy of the foregoing via the Court's CM/ECF notification system to:

| | |
|---|---|
| Peter J. Anderson | Jeffrey M. Movit |
| The Law Offices of Peter J. Anderson | Mitchell Silberberg & Knupp, LLP |
| 100 Wilshire Boulevard | 12 E. 49th St. |
| Suite 2010 | 30th Floor |
| Santa Monica, CA 90401 | New York, NY 10017 |
| pja@pjanderson.com | |

This is to certify that I have this day served the following parties in this matter with a copy of the foregoing via first class mail to:

| | |
|---|---|
| Jordan Bromley, Esq. | Jonathan D. Davis, Esq. |
| Manatt, Phelps & Phillips, LLP | Jonathan D. Davis, P.C. |
| 11355 W. Olympic Blvd. | 99 Park Ave, #1600 |
| Los Angeles, CA 90064 | New York, NY 10016 |

[Signature on following page.]

-3-
NOTICE OF ERRATA

1 | DATED: August 12, 2013

Respectfully Submitted,

GRAHAM & PENMAN, LLP


By: /s/ Raegan M. King
    Jason W. Graham
    Raegan M. King
    Attorneys for Plaintiff

JOHNSON & JOHNSON LLP

    Neville L. Johnson
    Douglas L. Johnson
    James T. Ryan
    Local counsel for Plaintiff

-4-
NOTICE OF ERRATA