NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
Howard Weitzman (SBN 38723)
   hweitzman@kwikalaw.com
Suann C. MacIsaac (SBN 205659)
   smacisaac@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310-566-9800

ATTORNEY(S) FOR: Defendant Carly Rae Jepsen

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALLYSON NICHOLE BURNETT, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 12-09203 DSF (VBKx) |
| v. | |
| ADAM YOUNG D/B/A OWL CITY, et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Defendant Carly Rae Jepsen _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Allyson Nichole Burnett | Plaintiff |
| Adam Young | Defendant |
| Matt Thiessen | Defendant |
| Brian Lee | Defendant |
| Universal Music Group, Inc. | Defendant (ultimate parent company is Vivendi, S.A.) |
| Songs Music Publishing, LLC | Defendant |
| Carly Rae Jepsen | Defendant |
| Schoolboy Records, LLC | Defendant |
| American Society of Composers, Authors and Publishers | Defendant (dismissed as of 1/8/2013) |
| Broadcast Music, Inc. | Defendant (dismissed as of 1/8/2013) |
| SESAC, Inc. | Defendant (dismissed as of 1/8/2013) |

September 12, 2013      /s/ Suann C. MacIsaac
Date                          Signature

Attorney of record for (or name of party appearing in pro per):

Suann C. MacIsaac