1  **GRAHAM & PENMAN, LLP**
   Jason W. Graham (GA Bar No. 304595)
2  Raegan M. King (GA Bar No. 812035)
   17 Executive Park Drive, Suite 115
3  Atlanta, Georgia 30329
   Telephone:  (404) 842-9380
4  Facsimile:   (678) 904-3110
   Email:       jason@grahamandpenman.com
5              raegan@grahamandpenman.com
   * Pro hac vice
6
   **JOHNSON & JOHNSON, LLP**
7  Neville L. Johnson (SBN 66329)
   Douglas L. Johnson (SBN 209216)
8  James T. Ryan (SBN 210515)
   439 North Canon Drive, Suite 200
9  Beverly Hills, California 90210
   Telephone:  (310) 975-1080
10 Facsimile:   (310) 975-1095
   Email:       njohnson@jjllplaw.com
11              djohnson@jjllplaw.com
                jryan@jjllplaw.com
12
13 Attorneys for Plaintiff,
   ALLYSON NICHOLE BURNETT
14

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLYSON NICHOLE BURNETT | Case No. CV 12-09203 DSF (VBKx) |
| Plaintiff, | Hon. Dale S. Fischer |
| v. | **NOTICE OF AMENDED MOTION TO MODIFY THE SCHEDULING ORDER** |
| ADAM YOUNG D/B/A OWL CITY, MATT THIESSEN, BRIAN LEE, UNIVERSAL MUSIC GROUP, INC., SONGS MUSIC PUBLISHING, LLC, CARLY RAE JEPSEN, SCHOOLBOY RECORDS, LLC, AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, BROADCAST MUSIC, INC. and SESAC, INC. | Motion Hearing Date: February 24, 2014 at 1:30 p.m. |
| | Motion Hearing Judge: Hon. Dale S. Fischer |
| Defendants. | Date Notice and Acknowledgement Filed: January 24, 2014 |

NOTICE OF AMENDED MOTION TO MODIFY THE SCHEDULING ORDER

1  TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL
2  OF RECORD:

3  PLEASE TAKE NOTICE that the Plaintiff Allyson Nichole Burnett hereby
4  files her MOTION TO MODIFY THE SCHEDULING ORDER; MEMORANDUM
5  OF POINTS AND AUTHORITIES via the CM/ECF system.

6  This motion is made following the conference of counsel pursuant to L.R. 7-3
7  which took place on January 9, 2013.  Counsel for Defendants Songs Music
8  Publishing, Inc. and Matt Thiessen did not participate in the conference as these
9  parties have entered into a settlement agreement with Plaintiff.

10  Plaintiff believes that a 90-day extension of all outstanding deadlines in the
11  Scheduling Order is necessary in order for all parties to complete discovery as to
12  liability in this matter.  Plaintiff's request for an extension of time was opposed by
13  Defendants.  Alternatively, Plaintiff requests that fact discovery as to liability be
14  extended to take place contemporaneously through the period for completion of
15  expert discovery regarding liability, which concludes on March 22, 2014.

16  DATED: January 24, 2014          Respectfully submitted,

   GRAHAM & PENMAN, LLP

   By: /s/ Raegan M. King
   JASON W. GRAHAM
   RAEGAN M. KING
   Attorney for Plaintiff
   ALLYSON NICHOLE BURNETT

   JOHNSON & JOHNSON LLP
   Neville L. Johnson
   Douglas L. Johnson
   James T. Ryan

   Local counsel for Plaintiff
   ALLYSON NICHOLE BURNETT

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following parties in this matter with a copy of the foregoing via the Court's CM/ECF notification system to:

| | |
|---|---|
| Peter J. Anderson<br>The Law Offices of Peter J. Anderson<br>100 Wilshire Boulevard<br>Suite 2010<br>Santa Monica, CA 90401<br>pja@pjanderson.com | Howard Weitzman<br>Suann C. Macisaac<br>Kinsella Weitzman Iser Kump &<br>Aldisert, LLP<br>808 Wilshire Boulevard, Suite 300<br>Santa Monica, CA  90401<br>hweitzman@kwikalaw.com<br>smacisaac@kwikalaw.com |
| Christine Lepera<br>Bradley J. Mullins<br>Jeffrey M. Movit<br>Mitchell Silberberg & Knupp, LLP<br>12 E. 49th St.<br>30th Floor<br>New York, NY 10017<br>ctl@msk.com<br>bym@msk.com<br>jmm@msk.com | Jonathan D. Davis<br>Jonathan D. Davis, P.C.<br>99 Park Ave, #1600<br>New York, NY 10016<br>jdd@jddavispc.com |

[Signature on following page.]

-3-
NOTICE OF AMENDED MOTION TO MODIFY THE SCHEDULING ORDER

| | |
|---|---|
| DATED: January 24, 2014 | Respectfully Submitted, |
| | GRAHAM & PENMAN, LLP |
| | |
| | By: /s/ Raegan M. King |
| |     Jason W. Graham |
| |     Raegan M. King |
| | Attorneys for Plaintiff |
| | JOHNSON & JOHNSON LLP |
| |     Neville L. Johnson |
| |     Douglas L. Johnson |
| |     James T. Ryan |
| | Local counsel for Plaintiff |
| | al counsel for Plaintiff |