**GRAHAM & JENSEN, LLP**
Jason W. Graham (GA Bar No. 304595)
Raegan M. King (GA Bar No. 812035)
17 Executive Park Drive, Suite 115
Atlanta, Georgia 30329
Telephone:  (404) 842-9380
Facsimile:  (678) 904-3110
Email:  jgraham@grahamjensen.com
        rking@grahamjensen.com
* *Pro hac vice*

**JOHNSON & JOHNSON LLP**
Neville L. Johnson (SBN 66329)
Douglas L. Johnson (SBN 209216)
James T. Ryan (SBN 210515)
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone:  (310) 975-1080
Facsimile:  (310) 975-1095
Email:  njohnson@jjllplaw.com
        djohnson@jjllplaw.com
        jryan@jjllplaw.com

Attorneys for Plaintiff,
ALLYSON NICHOLE BURNETT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLYSON NICHOLE BURNETT<br><br>          Plaintiff,<br><br> v.<br><br>ADAM YOUNG D/B/A OWL CITY, MATT THIESSEN, BRIAN LEE, UNIVERSAL MUSIC GROUP, INC., SONGS MUSIC PUBLISHING, LLC, CARLY RAE JEPSEN, SCHOOLBOY RECORDS, LLC, AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, BROADCAST MUSIC, INC., and SESAC, INC.<br><br>          Defendants. | CASE NO. 2:12-cv-09203-DSF-VBK<br><br>**STIPULATION OF RELEASE OF FUNDS DEPOSITED WITH THE CLERK OF COURT BY BROADCAST MUSIC, INC.**<br><br>[Rule 67, Fed. R. Civ. P.]<br><br>Honorable Dale S. Fischer |

# **STIPULATION**

This stipulation is entered into by and amoung Plaintiff Allyson Nichole Burnett ("Burnett") and non-party Broadcast Music, Inc. ("BMI") and is entered into with respect to the following facts:

1. Pursuant to this Court's January 2, 2013 Consent Order [DE 26] (the "BMI Consent Order"), consented to by Burnett and BMI, BMI has paid into the registry of the Court certain funds constituting royalties for the song "Good Time" (BMI Work No. 14225487) as would otherwise be payable pursuant to BMI's distribution rules.

2. BMI represents and warrants that as of the date of this Stipulation it has deposited a total of $804,156.06 (the "Deposited Funds") with the Clerk of Court pursuant to the BMI Consent Order.

3. Burnett and BMI agree that the Deposited Funds shall be transferred and released from the registry by the Clerk of the Court and shall be made payable to the following account:

> Mitchell Silberberg & Knupp LLP – New York Client Trust Account
>
> Bank of America
>
> 592 5th Avenue
>
> New York, NY 10017
>
> ABA #: 026009593
>
> Account # 483 014 794 356

4. Burnett and BMI agree that BMI's obligations under the BMI Consent Order shall hereby cease and BMI may hereafter distribute royalties for the song "Good Time" (BMI Work No. 14225487) pursuant to BMI's ordinary distribution rules.

5. The parties further stipulate that the dismissal of BMI, previously without prejudice, shall, effective the date of this Stipulation, become a dismissal WITH prejudice.

IT IS SO STIPULATED AND AGREED.

DATED: January 30, 2014              Respectfully Submitted,

                                     GRAHAM & JENSEN, LLP


                                     By: /s/ Raegan M. King
                                         Jason W. Graham
                                         Raegan M. King

                                     Attorneys for Plaintiff

                                     JOHNSON & JOHNSON LLP

                                         Neville L. Johnson
                                         Douglas L. Johnson
                                         James T. Ryan

                                     Local counsel for Plaintiff

| | |
|---|---|
| DATED: January 30, 2014 | Respectfully Submitted, |
| | TROYGOULD |
| | By: /s/ AnnMarie Mori |
| | Ann Marie Mori (SBN 217835) |
| | Attorneys for Non-Party Broadcast Music, Inc. |

### Attestation Regarding Signatures

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

| | |
|---|---|
| Dated: | /S/ Raegan M. King |
| | Raegan M. King, Esq. |

# CERTIFICATE OF SERVICE

This is to certify that I have this day served the following parties in this matter with a copy of the foregoing via the Court's CM/ECF notification system to:

| | |
|---|---|
| Peter J. Anderson<br>The Law Offices of Peter J. Anderson<br>100 Wilshire Boulevard<br>Suite 2010<br>Santa Monica, CA 90401<br>pja@pjanderson.com | Howard Weitzman<br>Suann C. Macisaac<br>Kinsella Weitzman Iser Kump & Aldisert, LLP<br>808 Wilshire Boulevard, Suite 300<br>Santa Monica, CA 90401<br>hweitzman@kwikalaw.com<br>smacisaac@kwikalaw.com |
| Christine Lepera<br>Bradley J. Mullins<br>Jeffrey M. Movit<br>Mitchell Silberberg & Knupp, LLP<br>12 E. 49th St.<br>30th Floor<br>New York, NY 10017<br>ctl@msk.com<br>bym@msk.com<br>jmm@msk.com | Jonathan D. Davis<br>Jonathan D. Davis, P.C.<br>99 Park Ave, #1600<br>New York, NY 10016<br>jdd@jddavispc.com |

This is to certify that I have this day served the following non-parties in this matter with a copy of the foregoing via email and U.S. Mail to:

> AnnMarie Mori
> TroyGould PC
> 1801 Century Park East, Suite 1600
> Los Angeles, CA 90067-2367
> amori@troygould.com

[Signature on following page.]

DATED: January 30, 2014          Respectfully Submitted,

GRAHAM & JENSEN, LLP


By: /s/ Raegan M. King
    Jason W. Graham
    Raegan M. King

    Attorneys for Plaintiff

JOHNSON & JOHNSON LLP

    Neville L. Johnson
    Douglas L. Johnson
    James T. Ryan

    Local counsel for Plaintiff