**GRAHAM & JENSEN, LLP**
Jason W. Graham (GA Bar No. 304595)
Raegan M. King (GA Bar No. 812035)
17 Executive Park Drive, Suite 115
Atlanta, Georgia 30329
Telephone: (404) 842-9380
Facsimile: (678) 904-3110
Email: jgraham@grahamjensen.com
       rking@grahamjensen.com
*Pro hac vice*

**JOHNSON & JOHNSON LLP**
Neville L. Johnson (SBN 66329)
Douglas L. Johnson (SBN 209216)
James T. Ryan (SBN 210515)
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com
       djohnson@jjllplaw.com
       jryan@jjllplaw.com

Attorneys for Plaintiff,
ALLYSON NICHOLE BURNETT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALLYSON NICHOLE BURNETT<br><br>Plaintiff,<br><br>v.<br><br>ADAM YOUNG D/B/A OWL CITY, MATT THIESSEN, BRIAN LEE, UNIVERSAL MUSIC GROUP, INC., SONGS MUSIC PUBLISHING, LLC, CARLY RAE JEPSEN, SCHOOLBOY RECORDS, LLC, AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, BROADCAST MUSIC, INC., and SESAC, INC.<br><br>Defendants. | CASE NO. 2:12-cv-09203-DSF-VBK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT CARLY JEPSEN**<br><br>[Rule 41(a)(1), Fed. R. Civ. P.]<br><br>Honorable Dale S. Fischer |

Plaintiff Allyson Nichole Burnett ("Burnett") and Defendant Carly Rae Jepsen ("Jepsen") and, pursuant to their request, Defendants Adam Young, Matt Thiessen, Songs Music Publishing, LLC, Universal Music Group, Inc. and Schoolboy Records, LLC (the "Remaining Defendants"), hereby stipulate, by and through their undersigned attorneys, to the dismissal of Plaintiff's Complaint against Jepsen, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice, and with Burnett and Jepsen each to bear their own costs and attorney's fees concerning the claims and defenses asserted between them in this action. Notwithstanding the foregoing, Jepsen and the Remaining Defendants preserve all of their rights, claims, remedies and contentions, including without limitation, any and all indemnity rights, against, between or among each other.

IT IS SO STIPULATED AND AGREED.

DATED: May 12, 2014                          Respectfully Submitted,

                                             GRAHAM & JENSEN, LLP


                                             By: /s/ Raegan M. King
                                                 Jason W. Graham
                                                 Raegan M. King

                                             Attorneys for Plaintiff

                                             JOHNSON & JOHNSON LLP

                                                 Neville L. Johnson
                                                 Douglas L. Johnson
                                                 James T. Ryan

                                             Local counsel for Plaintiff

| | | |
|---|---|---|
| 1 | DATED: May 12, 2014 | Respectfully Submitted, |
| 2 | | |
| 3 | | JONATHAN D. DAVIS, P.C. |
| 4 | | |
| 5 | | By: /s/ Jonathan D. Davis |
|   | | Jonathan D. Davis |
| 6 | | |
| 7 | | Attorneys for Defendant Carly Rae Jepsen |
| 8 | | |
| 9 | DATED: May 12, 2014 | Respectfully Submitted, |
| 10 | | |
| 11 | | THE LAW OFFICES OF PETER J. ANDERSON, A P.C. |
| 12 | | |
| 13 | | By: /s/ Peter J. Anderson |
|   | | Peter J. Anderson |
| 14 | | |
| 15 | | Attorneys for Defendants Adam Young, Universal Music Group, Inc., and Schoolboy Records LLC |
| 16 | | |

**Attestation Regarding Signatures**

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated:                              /S/ Raegan M. King
                                    Raegan M. King, Esq.

# CERTIFICATE OF SERVICE

This is to certify that I have this day served the following parties in this matter with a copy of the foregoing via the Court's CM/ECF notification system to:

| | |
|---|---|
| Peter J. Anderson<br>The Law Offices of Peter J. Anderson<br>100 Wilshire Boulevard<br>Suite 2010<br>Santa Monica, CA 90401<br>pja@pjanderson.com | Jonathan D. Davis<br>Jonathan D. Davis, P.C.<br>99 Park Ave, #1600<br>New York, NY 10016<br>jdd@jddavispc.com |

DATED:  May 12, 2014

Respectfully Submitted,

GRAHAM & JENSEN, LLP

By: /s/ Raegan M. King
    Jason W. Graham
    Raegan M. King

    Attorneys for Plaintiff

JOHNSON & JOHNSON LLP

    Neville L. Johnson
    Douglas L. Johnson
    James T. Ryan

    Local counsel for Plaintiff