1  Peter J. Anderson, Esq., Cal. Bar No. 88891
   E-Mail: pja@pjanderson.com
2  LAW OFFICES OF PETER J. ANDERSON
   A Professional Corporation
3  100 Wilshire Boulevard, Suite 2010
   Santa Monica, CA 90401
4  Tel: (310) 260-6030
   Fax: (310) 260-6040
5
   Attorney for Defendants
6  ADAM YOUNG, UNIVERSAL MUSIC
   GROUP, INC. and SCHOOLBOY
7  RECORDS, LLC

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                             **WESTERN DIVISION**

11

12  ALLYSON NICHOLE BURNETT,           )  Case No. CV12-09203 DSF (VBKx)
                                       )
13              Plaintiff,             )
                                       )
14         vs.                         )  STIPULATION FOR DISBURSAL
                                       )  OF DEPOSITED FUNDS AND
15  ADAM YOUNG, *etc., et al.*,        )  DISMISSAL WITH PREJUDICE
                                       )
16              Defendants.            )  [*Proposed*] Order Submitted Herewith
                                       )
17  _____    )

## STIPULATION

This Stipulation by and among plaintiff Allyson Nichole Burnett and defendants Adam Young, sued as Adam Young d/b/a Owl City, Universal Music Group, Inc., and Schoolboy Records, LLC, is entered into with respect to the following facts:

1. This is an action for copyright infringement.

2. On December 6, 2012, the Court entered its Consent Order (Document 13) directing defendant American Society of Composers, Authors and Publishers ("ASCAP") to deposit with the Clerk of the Court funds constituting royalties for the song titled "Good Time" ("*Good Time*"), payable to any defendants in this action, and also dismissing ASCAP.

3. ASCAP advises that it has deposited with the Clerk $525,901.77 in royalties payable to Adam Young with respect to *Good Time*.

4. Plaintiff, having completed discovery and investigation, has confirmed that Adam Young, Universal Music Group, Inc., and Schoolboy Records, LLC, were not involved in the alleged copyright infringement.

5. Accordingly, plaintiff and defendants Adam Young, Universal Music Group, Inc., and Schoolboy Records, LLC, respectfully request that the Court:

   (a) Direct that the Clerk of this Court release and disburse all monies deposited by ASCAP pursuant to the Consent Order, to the trust account of Mr. Young's attorney, and confirm that ASCAP has no further obligation to deposit *Good Time* royalties with the Clerk; and

   (b) Dismiss this action, with prejudice, as to defendants Adam Young, Universal Music Group, Inc., and Schoolboy Records, LLC, with plaintiff, on the one hand, and the foregoing defendants, on the other hand, to bear their respective costs and attorneys' fees.

///

///

**NOW, THEREFORE,** plaintiff and defendants Adam Young, Universal Music Group, Inc. and Schoolboy Records, LLC respectfully stipulate to the Court's entry of the accompanying Order.

### SO STIPULATED

Dated: June 9, 2014                    /s/ Jason W. Graham
                                       Jason W. Graham, Esq.
                                       Raegan M. King, Esq.
                                       GRAHAM & PENMAN, LLP
                                       Attorneys for Plaintiff
                                       ALLYSON NICHOLE BURNETT

Dated: June 9, 2014                    /s/ Peter J. Anderson
                                       Peter J. Anderson, Esq.
                                       LAW OFFICES OF PETER J. ANDERSON
                                       A Professional Corporation
                                       Attorney for Defendants
                                       ADAM YOUNG,
                                       UNIVERSAL MUSIC GROUP, INC. and
                                       SCHOOLBOY RECORDS, LLC

### Attestation Regarding Signatures

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: June 9, 2014                    /s/ Peter J. Anderson
                                       Peter J. Anderson, Esq.